IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAHEEM GOFF,

    Defendant.

Case No. 3:21cr53

JUDGE WALTER H. RICE

---

DECISION AND ENTRY REJECTING FEDERAL RULE OF CRIMINAL PROCEDURE 11(c)(1)(C) PLEA CAPPING DEFENDANT'S SENTENCE AT 34 MONTHS; DEFENDANT GIVEN TO A DATE CERTAIN TO ADVISE THIS COURT WHETHER HE WISHES TO MAINTAIN OR TO WITHDRAW HIS PRIOR PLEA OF GUILTY

---

Pursuant to the record made in open Court on Tuesday, February 8, 2022, this Court rejected the Plea Agreement, filed pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), capping Defendant's sentence at 34 months, upon which the prior plea of guilty was entered.

Defendant is given until a telephone conference call to be held at 4:00 p.m. on Wednesday, February 16, 2022, to advise this Court, in oral and then written form, whether he wishes to maintain or to withdraw his previously entered plea of guilty to the charge set forth against him in the Indictment.

February 11, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Hiegel, USPO
US Marshal