IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21CR053 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| RAHEEM GOFF, | : | |
| Defendant. | : | |

### FINAL ORDER OF FORFEITURE

Upon the United States' Motion for Final Order of Forfeiture and the Court's review of the record, the Court HEREBY FINDS THAT:

On September 29, 2021, the Court entered a Preliminary Order of Forfeiture, finding that all right, title, and interest in 8 rounds of .45 caliber ammunition (the "subject property") had been forfeited to the United States under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). The Preliminary Order of Forfeiture also included a Smith & Wesson .45 cal., M&P Shield, SN: HWY7669 (the "Smith & Wesson firearm"), which is further discussed below.

The Court found that the defendant had an interest in the subject property and directed the United States to seize the property and to give notice of its intent to forfeit the property.

The United States gave electronic notice through the CM/ECF notification system of the Motion for Preliminary Order of Forfeiture to counsel for the defendant, and the defendant did not object to the forfeiture.

On June 22, 2022, the Court held the defendant's sentencing hearing and announced the forfeiture of the subject property. The Amended Judgment establishes that the defendant shall forfeit the subject property to the United States.

The United States published notice of this forfeiture action and of its intent to dispose of the subject property in accordance with the law on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 1, 2021.

The United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the subject property in the ancillary proceeding, including Chacarla Jones, Christopher Hamlin, and EAN Holdings, LLC.

Christopher Hamlin (the "Petitioner") filed a petition with this Court asserting an interest in the Smith & Wesson firearm. On November 29, 2021, the United States and the Petitioner entered into a Settlement Agreement in which the United States agreed to return the Smith & Wesson firearm and to dismiss the firearm from the Preliminary Order of Forfeiture because the property was stolen from the Petitioner.

No person or entity has filed a timely petition with the Court asserting any interest in the subject property or objecting to its proposed forfeiture. The Petitioner's interest in the Smith & Wesson firearm has been resolved through settlement.

THEREFORE, IT IS HEREBY ORDERED THAT:

1. All right, title, and interest in the subject property is condemned and forfeited to the United States under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and no right, title, or interest shall remain in any other person or entity.

2. The United States shall return the Smith & Wesson firearm to the Petitioner, Christopher Hamlin, in accordance with the Settlement Agreement (Doc. 23).

3. The United States shall dispose of the subject property in accordance with the law.

4. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

IT IS SO ORDERED.

Dated: 8-22-22

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE